**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 23-1386**

---

ANGELO GALLOWAY,

       Plaintiff - Appellant,

    v.

MARK S. DAVIS; REBECCA B. SMITH,

       Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Elizabeth W. Hanes, District Judge. (2:22-cv-00185-EWH-DEM)

---

Submitted: June 15, 2023             Decided: June 21, 2023

---

Before DIAZ, RICHARDSON, and HEYTENS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Angelo Galloway, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Angelo Galloway appeals the district court's orders dismissing under 28 U.S.C. § 1915(e)(2)(B) his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971), and denying his Fed. R. Civ. P. 59(e) motion to alter or amend judgment. We have reviewed the record and find no reversible error in the court's determination that Galloway's action was barred by judicial immunity. Accordingly, we affirm the district court's orders on this basis. *Galloway v. Davis*, No. 2:22-cv-00185-EWH-DEM (E.D. Va. Oct. 28, 2022 & Mar. 27, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2